**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF TEXAS

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**12/15**

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| **1.** | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Martin**<br>First name<br><br>**Wayne**<br>Middle name<br><br>**Babb**<br>Last name and Suffix (Sr., Jr., II, III) | **Lacy**<br>First name<br><br>**Marie**<br>Middle name<br><br>**Babb**<br>Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-4915 | xxx-xx-5215 |

| | Debtor 1 | **Martin Wayne Babb** | | |
|---|---|---|---|---|
| | Debtor 2 | **Lacy Marie Babb** | Case number *(if known)* | |

| | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|
| **4.** | **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EINs | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EINs |
| **5.** | **Where you live** | **328 Apache Pass**<br>**Hutto, TX 78634**<br>Number, Street, City, State & ZIP Code<br><br>**Williamson**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6.** | **Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■  Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐  I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>■  Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐  I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) |

| Debtor 1 | **Martin Wayne Babb** | | Case number *(if known)* | |
|---|---|---|---|---|
| Debtor 2 | **Lacy Marie Babb** | | | |

---

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

---

**8.** **How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9.** **Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

---

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☐ No.
- ■ Yes.

| Debtor | Johnathon Matthew & Stephanie Jean Couch | Relationship to you | **Former business partner** |
|---|---|---|---|
| District | **Western, Austin Division** | When **5/09/14** | Case number, if known **14-10738** |
| Debtor | | Relationship to you | |
| District | | When | Case number, if known |

---

**11.** **Do you rent your residence?**

- ■ No. Go to line 12.
- ☐ Yes. Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

---

Debtor 1     **Martin Wayne Babb**
Debtor 2     **Lacy Marie Babb**                                                    Case number *(if known)*

---

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.     Go to Part 4.

☐ Yes.    Name and location of business

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐     Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐     Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐     Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐     Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐     None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor?***

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No.     I am not filing under Chapter 11.

☐ No.     I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.

What is the hazard?     _____

If immediate attention is needed, why is it needed?     _____

Where is the property?     _____
Number, Street, City, State & Zip Code

---

Official Form 101     **Voluntary Petition for Individuals Filing for Bankruptcy**     page 4

Debtor 1 **Martin Wayne Babb**
Debtor 2 **Lacy Marie Babb**

Case number *(if known)* _____

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

| **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1 **Martin Wayne Babb**

Debtor 2 **Lacy Marie Babb**

Case number *(if known)* _____

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| /s/ Martin Wayne Babb | /s/ Lacy Marie Babb |
|---|---|
| **Martin Wayne Babb** | **Lacy Marie Babb** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on **May 5, 2017** | Executed on **May 5, 2017** |
| MM / DD / YYYY | MM / DD / YYYY |

Debtor 1 **Martin Wayne Babb**

Debtor 2 **Lacy Marie Babb**

Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Lee Norton Bain**
Signature of Attorney for Debtor

Date **May 5, 2017**
MM / DD / YYYY

**Lee Norton Bain**
Printed name

**Lee Norton Bain, Attorney at Law**
Firm name

**120 West 8th Street**
**Georgetown, TX 78626-5804**
Number, Street, City, State & ZIP Code

Contact phone **(512)-863-2813**

Email address **leebain@leebainlaw.com**

**01548500 Texas**
Bar number & State

---

# United States Bankruptcy Court
## Western District of Texas

In re  **Martin Wayne Babb**
**Lacy Marie Babb**
_____
Debtor(s)

Case No. _____
Chapter  **7** _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  **May 5, 2017**
_____

**/s/ Martin Wayne Babb**
_____
**Martin Wayne Babb**
Signature of Debtor

Date:  **May 5, 2017**
_____

**/s/ Lacy Marie Babb**
_____
**Lacy Marie Babb**
Signature of Debtor

A.R.M. Solutions, Inc.
P.O. Box 3666
Camarillo, CA 93011-3666


ABC Amega Inc
500 Seneca Str Ste 400
Buffalo, NY 14204-1963


Achilles & Associates
7756 Northcross Dr #204
Austin, TX 78757


Act Pipe & Supply
P.O. Box 301282
Dallas, TX 75303-1282


ADI
263 Old Country Road
Melville, NY 11747


Ally and ALLY/GMAC
P.O. Box 380902
Minneapolis, MN 55438-0902


American Bureau of Collections
500 Seneca Str Ste 400
Buffalo, NY 14204-1963


American Medical Collection Agency
4 Westchester Plaza Bldg 4
Elmsford, NY 10523


Aurora Loan Services
Attn: Bankruptcy
10350 Park Meadows Dr
Littleton, CO 80124


Austin Gastroenterology PA
P.O. Box 268840
Oklahoma City, OK 73126-8840


Austin Regional Clinic
P.O. Box 120153
Grand Rapids, MI 49528-0103

Austin Regional Clinic
P.O. Box 26726
Austin, TX 78755-0726

Austin Titan Construction, Inc
328 Apache Pass
Hutto, TX 78634

Austin Titan Fire Protection, Inc
328 Apache Pass
Hutto, TX 78634

Blueline Rental
127 Walnut Bottom Rd
Shippensburg, PA 17257

Brooks Fire Equipment
10926 David Taylor Dr Ste 300
Charlotte, NC 28262

Capital Farm Credit
Admin Office
605 W Hondo Ave
Devine, TX 78016

Capital One
Attn: General Correspondence/Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Cenlar Federal Savings Bank
P.O. Box 77408
Trenton, NJ 08628

CENLAR/Central Loan Admin & Reporting
425 Philips Blvd
Ewing, NJ 08618

Chase Card
Po Box 15298
Wilmington, DE 19850

Chase Mortgage
3415 Vision Dr
Columbus, OH 43219

Clinical Pathologies Laboratories
P.O. Box 141669
Austin, TX 78714-1669


Comenity Bank/Victoria Secret
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218


Comptroller of Public Accounts
P.O. Box 149359
Austin, TX 78714-9359


Convergent
P.O. Box 1022
Wixom, MI 48393-1022


CTRMA Processing
P.O. Box 16777
Austin, TX 78761-6777


Dillards Card Srvs/Wells Fargo Bank Na
Po Box 10347
Des Moines, IA 50306


Discover
P.O. Box 30943
Salt Lake City, UT 84130


Discover Financial
Po Box 3025
New Albany, OH 43054


Diversified Consultants, Inc
P.O. Box 551268
Jacksonville, FL 32255-1268


Equipment Depot
15727 N IH-35
Pflugerville, TX 78660


Fac/nab
480 James Robertson Pkwy
Nashville, TN 37219

Ferguson Fire & Fabrication, Inc
c/o Daniel S. Brown
Adair, Morris & Osborn, PC
325 N St Paul Str Ste 4100
Dallas, TX 75201


Financial Corpration of America
12515 Research Blvd, Bldg 2, Ste 100
Austin, TX 78759


Frost - Arnett Company
P.O. Box 198988
Nashville, TN 37219-8988


Habbeshaw Kalmans PC
9901 IH 10 West Ste 460
San Antonio, TX 78230


Honeywell International dba
Gamewell-FCI
c/o Barnett & Garcia, PLLC
3821 Juniper Trace Ste 108
Austin, TX 78738


IC Systems, Inc
444 Highway 96 East
St Paul, MN 55127


Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


IRS Insolvency Office
300 E 8th St
Mail Stop 5026AUS
Austin, TX 78701


Johnathan & Stephanie Couch
440 CR 487
Taylor, TX 76574

Jonathan M. Couch
440 CR 487
Taylor, TX 76574

Kelly Hart & Hallman, LLP
301 Congress, Ste 2000
Austin, TX 78701

Key Bank NA
4910 Tiedman Road
Brooklyn, OH 44144

Kohl's
P.O. Box 3084
Milwaukee, WI 53201-3120

Kohls/Capital One
Kohls Credit
Po Box 3043
Milwaukee, WI 53201

Law Offices of Joel Cardis, LLC
2006 Swede Rd, Ste 100
E. Norristown, PA 19401

Lone Star Circle of Care
205 E University Ave
Suite 200
Georgetown, TX 78626

Master Burglar Alarm Co.
P.O. Box 81116
Austin, TX 78708-1116

Mircom
24 Interchange Way
Ontario   CA   L4K5W3

MSB
P.O. Box 16733
Austin, TX 78761-6733

National Bankruptcy Services, LLC
14841 Dallas Parkway, Ste 300
Dallas, TX 75254

National City Bk-cls
2730 Liberty Ave
Pittsburgh, PA 15222


National Enterprise Systems
29125 Solon Road
Solon, OH 44139-3442


Nationstar Mortgage
P.O. Box 650783
Dallas, TX 75265


Nationstar Mortgage
350 Highland Drive
Lewisville, TX 75067


Nationstar Mortgage LLC
8950 Cypress Waters Blvd
Coppell, TX 75019


Nationwide Credit, Inc
P.O. Box 26315
Lehigh Valley, PA 18002-6315


Nationwide Credit, Inc
P.O. Box 26314
Lehigh Valley, PA 18002-6314


North Austin Medical Center
P.O. Box 99400
Louisville, KY 40269


North Carolina Financial Data LLC
P.O. Box 688
Wrightsville Beach, NC 28480


NPAS, Inc
P.O. Box 99400
Louisville, KY 40269


PerdueBrandonFielderCollins et al
1235 N Loop West Ste 600
Houston, TX 77008

Philadelphia Indemnity Ins Co
c/o Langley Weinstein LLP
901 Main Str Ste 600
Dallas, TX 75202


Philadelphia Ins Cos
2600 Via Fortuna
Ste 430
Austin, TX 78746


Pite Duncan, LLP
P.O. Box 17935
San Diego, CA 92177-0935


PNC Bank
Attn: Bankruptcy
249 5th Ave Ste 30
Pittsburgh, PA 15222


Regions Bank
P.O. Box 1471
Little Rock, AR 72203


Regions Bank
dba CSC Lawyers Inc Service Co
211 E 7th Str Ste 620
Austin, TX 78701


Sean Homrig
3821 Juniper Trce Ste 108
Austin, TX 78738


Security General International, Ltd
c/o Patricia Kalmans, Atty of Record
Habbeshaw Kalmans PC
9901 IH 10 W Ste 460
San Antonio, TX 78230


Shell Fuel Cards
P.O. Box 2463
Houston, TX 77252


Spectrum Business
P.O. Box 85100
Austin, TX 78708-5100

Sprint
P.O. Box 629923
El Dorado Hills, CA 95762


Strasburger Price Oppenheimer Blend
Attorneys at Law
300 Convent Str, Ste 900
San Antonio, TX 78205-3715


Sunstate Equipment Co
16436 N IH-35
Austin, TX 78728-1907


Synchrony Bank/Banana Republic
Attn: Bankruptcy
Po Box 956060
Orlando, FL 32896


Synergetic Communication, Inc
2700 East Seltice Way, Ste 4
Post Falls, ID 83854-6387


Synergetic Communications
5450 NW Central #220
Houston, TX 77092-2016


Texas Comptroller of Public Accts
P.O. Box 13528 Capitol Station
Austin, TX 78711-3528


Texas Welding Supply Co.
4705 Commercial Park Dr
Austin, TX 78724


Time Warner Cable
12012 N Mopac Expy
Austin, TX 78758


TxTag
P.O. Box 650749
Dallas, TX 75265-0749

Ullico Casualty Company in Liquidation
c/o Tova Eichhorn
Kazlow & Fields LLC
8100 Sandpiper Circle Ste 204
Baltimore, MD 21236


United States Attorney
Civil Process Clerk - IRS
601 NW Loop 410 Ste 600
San Antonio, TX 78216


United States Attorney General
Dept of Justice
950 Pennsylvania Ave NW
Washington, DC 20530


Van Houten & Associates, PC
100 Northwest Drive
Round Rock, TX 78664-4250


Visa Dept Store National Bank/Macy's
Attn: Bankruptcy
Po Box 8053
Mason, OH 45040


Volvo Rentals
c/o Tucker Albin & Assoc
1702 N Collins Blvd Ste 100
Richardson, TX 75080


Weinstein Radcliff Pipkin, Attorneys
Attn: Mr. Robert Radcliff, Esq
8350 N Central Expressway Ste 1550
Dallas, TX 75206


Wells Fargo Dealer Services
Attn: Bankruptcy
Po Box 19657
Irvine, CA 92623


Wells Fargo Dealer Services
P.O. Box 25341
Santa Ana, CA 92799-5341

Wright Express Fuel Cards
97 Darling Ave
South Portland, ME 04106